```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BOBBIE J. MONTOYA
    Assistant U. S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814-2322
 4  Telephone: (916) 554-2700
    Fax:  (916) 554-2900
 5  DONNA M. MONTAÑO
    Special Assistant U.S. Attorney
 6  333 Market Street, Suite 1500
    San Francisco, CA 94102
 7  Telephone:  (916) 977-8943
    Fax:  (415) 744-0134
 8
    Attorneys for Defendant
 9
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROI D. SANDRIDGE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CASE NO. **2:05-CV-01186-DAD**<br><br>STIPULATION AND ORDER REMANDING THE CASE TO THE COMMISSIONER OF SOCIAL SECURITY AND DIRECTING THE CLERK TO ENTER JUDGMENT |

　　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Sandridge v. Barnhart
Stip & Order of Remand (Sentence 4)
2:05-cv-01186-DAD                    1

1    On remand the Appeals Council will further consider
2 whether claimant meets or equals any listing, including listing
3 12.05C.  The ALJ will further evaluate the more recent IQ testing
4 (Tr. 265), and give further consideration to the opinion of Dr.
5 Reichurdt (Tr. 266).  Further, on remand the Appeals Council will
6 consider the issue of drug abuse and/or alcohol dependence.  The
7 claimant's subsequent application filed on 4/27/05 will be
8 consolidated by the ALJ with the current application.  The ALJ
9 will consolidate the files, hold a new hearing and obtain medical
10 expert testimony regarding whether claimant meets or equals a
11 listing.  The ALJ will re-assess all of the claimant's
12 impairments, the claimant's credibility, the claimant's RFC,
13 obtain vocational expert testimony, and issue a new decision.
14    It is further stipulated that the decision below is
15 hereby vacated and that the Clerk of this Court shall be directed
16 to enter a separate judgment herein, as provided for under Rules
17 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to
18 <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).
19    The parties further stipulate that Plaintiff's counsel
20 shall return a facsimile of this stipulation bearing her
21 signature for retention by Defendant's counsel, and that
22 / / /
23 / / /
24 / / /

Sandridge v. Barnhart
Stip & Order of Remand (Sentence 4)
2:05-cv-01186-DAD                    2

Defendant shall e-file this stipulation pursuant to applicable local rules.

DATED: May 31, 2006            /s/ Bess M. Brewer
                               BESS M. BREWER
                               Attorney at Law

                               Attorney for Plaintiff

DATED: May 31, 2006            McGREGOR W. SCOTT
                               United States Attorney
                               BOBBIE J. MONTOYA
                               Assistant U. S. Attorney

                          By: /s/ Bobbie J. Montoya for
                               DONNA M. MONTAÑO
                               Special Assistant U. S. Attorney

                               Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
U.S. Social Security Administration

Sandridge v. Barnhart
Stip & Order of Remand (Sentence 4)
2:05-cv-01186-DAD                3

1                                    ORDER

2       This matter is remanded pursuant to the stipulation of
3  the parties.  The case is dismissed and the Clerk is directed to
4  enter Judgment.
5       IT IS SO ORDERED.
6  DATED: June 5, 2006.

                                  _____
                                  DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE

11 Ddad1/orders.socsec/sandridge1186.stipord.remand