McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
DONNA M. MONTAÑO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROI D. SANDRIDGE,<br><br>          Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>          Defendant. | CASE NO. **2:05-CV-01186-DAD**<br><br>STIPULATION AND ORDER TO CORRECT CLERICAL MISTAKE IN STIPULATION AND ORDER FILED JUNE 6, 2006, PURSUANT TO FED. R. CIV. P. 60(a) |

       The parties to this action hereby stipulate, through their undersigned attorneys, and with the approval of the Court as provided below, that the Stipulation and Order remanding this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings, lodged by Defendant on May 31, 2006, and signed by the Court on June 5, 2006, cannot be effectuated as currently written due to an oversight in framing

1  the language of the stipulation.
2         Specifically, in the first paragraph on page two of the
3  Stipulation, the phrase "Appeals Council" is used twice
4  interchangeably with the phrase "Administrative Law Judge" [or
5  "ALJ"] to describe the conduct of the actual remand proceedings.
6  Since the ALJ, not the Appeals Council, will take all action on
7  remand, the Appeals Council has informed the Office of the
8  General Counsel, Region IX, that it is unable to effectuate the
9  remand order as currently written.
10        In order to correct this situation so that Plaintiff's
11 remand can proceed without further delay, the parties hereby
12 stipulate that the Stipulation and Order remanding this case
13 shall be amended at page two [first paragraph] to read as
14 follows:
15        On remand the Appeals Council will remand the case to an
16 Administrative Law Judge (ALJ) to further consider whether
17 claimant meets or equals any listing, including listing 12.05C.
18 The ALJ will further evaluate the more recent IQ testing (Tr.
19 265), and give further consideration to the opinion of Dr.
20 Reichurdt (Tr. 266).  Further, on remand the ALJ will consider
21 the issue of drug abuse and/or alcohol dependence.  The
22 claimant's subsequent application filed on 4/27/05 will be
23 consolidated by the ALJ with the current application.  The ALJ
24 will consolidate the files, hold a new hearing and obtain medical
25 expert testimony regarding whether claimant meets or equals a
26 listing.  The ALJ will re-assess all of the claimant's

1  impairments, the claimant's credibility, the claimant's RFC,
2  obtain vocational expert testimony, and issue a new decision.
3
4  DATED: August 7, 2006          /s/ Bess M. Brewer
                                  BESS M. BREWER
5                                 Attorney at Law
6                                 Attorney for Plaintiff
7
   DATED: August 7, 2006          McGREGOR W. SCOTT
8                                 United States Attorney
                                  BOBBIE J. MONTOYA
9                                 Assistant U. S. Attorney
10
11                          By:  /s/ Bobbie J. Montoya for
                                  DONNA M. MONTAÑO
12                                Special Assistant U. S. Attorney
13                                Attorneys for Defendant
14
15 OF COUNSEL:
   LUCILLE GONZALES MEIS
16 Chief Counsel, Region IX
   U.S. Social Security Administration
17
18
19
20
21
22
23
24
25
26
27
28 Sandridge v. Barnhart
   Stip & Order to Correct Remand Stip & Order
   2:05-cv-01186-DAD                              3

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
DONNA M. MONTAÑO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROI D. SANDRIDGE,<br><br>            Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>            Defendant. | CASE NO. **2:05-CV-01186-DAD**<br><br>ORDER TO CORRECT CLERICAL MISTAKE IN STIPULATION AND ORDER FILED JUNE 6, 2006, PURSUANT TO FED. R. CIV. P. 60(a) |

For good cause shown, the Stipulation and Order of remand filed June 6, 2006 shall be amended pursuant to the attached stipulation of the parties.

IT IS SO ORDERED.

DATED: August 14, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Sandridge v. Barnhart
Stip & Order to Correct Remand Stip & Order
2:05-cv-01186-DAD                              4

```
Ddad1/orders.socsec/sandridge1186.amend.remand
```

Sandridge v. Barnhart
Stip & Order to Correct Remand Stip & Order
2:05-cv-01186-DAD

5